# SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

Vs.                                                                                     Case Number: C-20-1312M
**Jonathan Darus Collier**
**Vincent Bernard Bridgeforth Jr.**

### AFFIDAVIT FOR MATERIAL WITNESS

BEFORE ME, the undersigned authority, personally came and appeared the undersigned Agent, who being first duly sworn, deposed, and said:

Testimony of the following person(s) is material in criminal proceedings against the defendant named above. Designation and detention as material witnesses is requested for:

**Nicacio Olvera-Mejia**

This material witness is a citizen of Mexico who has admitted belonging to a class of aliens who are deportable, being illegally within the United States. Should he be released and returned to his native country, he may not be subject to extradition. Thus, it would be impracticable to secure his presence at such time as the case is called for trial.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

Adam S. Nichols
Border Patrol Agent
U.S. Border Patrol

28th day of June 2020

Julie K. Hampton
UNITED STATES MAGISTRATE JUDGE