**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 2:20–mj–01312 |
| | § | |
| Jonathan Darus Collier | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

Preliminary and Detention Hearings are scheduled for 7/2/2020 at 9:30 AM. Defendant speaks English and will not need an interpreter.

Counsel will be notified electronically via CM/ECF.

ORDERED the 29th of June 2020.

_____
Jason Libby
United States Magistrate Judge