UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
F I L E D
JUL 14 2020
David J. Bradley
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| JONATHAN DARUS COLLIER | § | C-20- 884 |
| VINCENT BERNARD BRIDGEFORTH, JR. | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about June 27, 2020, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendants,

JONATHAN DARUS COLLIER
and VINCENT BERNARD BRIDGEFORTH, JR.,

knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

COUNT TWO

On or about June 27, 2020, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendants,

JONATHAN DARUS COLLIER
and VINCENT BERNARD BRIDGEFORTH, JR.,

did knowingly and in reckless disregard of the fact that Nicacio Olvera-Mejia, was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *[signature]*
DENNIS E. ROBINSON
Assistant United States Attorney