**UNITED STATES DISTRICT COURT**        **SOUTHERN DISTRICT OF TEXAS**

## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 2:20−cr−00884 |
| | § | |
| Jonathan Darus Collier, Vincent Bernard Bridgeforth, Jr | § | |

## SCHEDULING ORDER

1.  **ARRAIGNMENT[1] is scheduled for**        **July 22, 2020 at 10:30 AM**
    (Before Jason B. Libby, Magistrate Judge)

2.  **MOTIONS will be filed by**        **10 days after arraignment**

3.  **RESPONSES will be filed by**        **10 days after receipt of motion**

4.  **FINAL PRETRIAL CONFERENCE set for**        **September 4, 2020, 02:00 PM**
    (Before Jason B. Libby, Magistrate Judge)

5.  **PROPOSED VOIR DIRE is set for**        **3 days before Jury Selection & Trial**

6.  **JURY selection and TRIAL set for**        **September 14, 2020, 08:30 AM**
    (U.S. District Court - Corpus Christi, TX)

7.  **Speedy trial limits waived?** *(yes/no)*

8.  **Estimated Trial Time**

**Direct questions about this schedule to Arlene Rodriguez, Case Manager, United States District Clerk's Office, 1133 N. Shoreline Blvd., Corpus Christi, TX 78401; (361) 888-3369.**

**Questions about any matters set before the USMJ should be directed to Kendra Pearson at (361) 888-3445.**

    **SIGNED the 14th of July 2020.**

Jason Libby
United States Magistrate Judge

---

[1]If the Defendant wishes to waive appearance at arraignment and enter a plea of not guilty, complete the attached waiver and file it with the Court using event **Waiver of Presence at Arraignment**, no later than 48 hours prior to the scheduled arraignment. When the waiver form is properly filed and accepted, the arraignment is automatically canceled and removed from the Court's calendar.

**UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS**

## CORPUS CHRISTI DIVISION

## JUDGE DAVID S. MORALES

## <u>CRIMINAL PROCEDURES</u>

### *Pretrial Materials*

**Pretrial Materials are to be filed as follows:**

**In duplicate**:
- **Proposed voir dire to jury panel**
- **Proposed jury charge**
- **Legal memoranda citing isues to be tried and citing authorities**

**Four (4) copies:**
- **Exhibit List**
- **Witness list**

### *Pleas of Guilty*

**Once a plea agreement is reached, counsel should immediately notify the Case Manager, Arlene Rodriguez, at (361) 888-3369, in order to schedule a rearraignment hearing.**

**The United States Attorney's office should complete and deliver a sentence data sheet and a copy of the written plea agreement to the Court's chambers at least 2 days before the scheduled hearing.**

UNITED STATES OF AMERICA       §

§

v.       §       Criminal No. 2:20–cr–00884

§       Defendant No. \_\_\_\_

_____       §

*(Print Defendant's name.)*

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT
## AND ENTRY OF A PLEA OF NOT GUILTY

      Now Comes Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

      (1)   Defendant has received a copy of the Indictment and the United States Attorney's Penalty sheet. Defendant understands the charge(s) as well as the minimum and maximum penalties applicable to those charges;

      (2)   Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for Arraignment in open Court on this accusation. The Defendant further understands that, absent the present waiver, he/she will be arraigned in open Court;

      (3)   Defendant has received a copy of the scheduling order and if on bond, the Defendant acknowledges that the failure to appear for scheduled court hearings will result in the issuance of an arrest warrant as well as subjecting him/her to a new federal felony charge of failure to appear for court proceedings;

      (4)   Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment, and tenders a plea of "not guilty."

_____       _____

Defendant       Date

_____       _____

Counsel for Defendant       Date

Approved:

_____

U.S. MAGISTRATE JUDGE