# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                    Case Number: 2:20–cr–00884

Jonathan Darus Collier

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Jason B Libby

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 7/22/2020

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Arraignment

Date:   July 21, 2020

David J. Bradley, Clerk